UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Eduard Ivanicko
        Erika N. Ivanicko

Case No.: 19-23391 (JKS)

Chapter: 7

Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> James J. Waldron
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on October 15, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 88 Trenton Avenue, Clifton, NJ, having a fair market value of $252,938.70.

> Liens on property:
>
> Wells Fargo Home Mortgage
> $283,616.00

> Amount of equity claimed as exempt: None claimed

Objections must be served on, and requests for additional information directed to:

Name: Charles M. Forman, Trustee
Address: Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662
Telephone No.: 201-845-1000

F0038623 - 1

United States Bankruptcy Court
District of New Jersey

In re:  
Eduard Ivanicko  
Erika N. Ivanicko  
    Debtors

Case No. 19-23391-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Sep 10, 2019  
                          Form ID: pdf905      Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2019.

```
db/jdb         +Eduard Ivanicko,    Erika N. Ivanicko,    88 Trenton Avenue,    Clifton, NJ 07011-1748
cr             +Valley National Bank,    PO BOX 953,    Wayne, NJ  07470,    UNITED STATES 07474-0953
518343438      +American Express Bank, FSB,    4315 South 2700 West,    Salt Lake City, UT 84184-0002
518343439      +Bank of America, NA,    100 North Tryon Street,    Charlotte, NC 28202-4000
518343440      +Best Buy/CBNA,    Box 6497,    Sioux Falls, SD 57117-6497
518343442      +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
518343443      +CitiBank, NA,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518343444      +Citicards CBNA,    701 E. 60th Street N,    Sioux Falls, SD 57104-0432
518343447      +DSNB Macy's,    Box 8218,    Mason, OH 45040-8218
518343449       Fulton Bank of NJ,    Box 790408,    Saint Louis, MO 63179-0408
518343450      +Home Depot,    Box 6497,    Sioux Falls, SD 57117-6497
518343453      +Sears/CBNA,    Box 6282,    Sioux Falls, SD 57117-6282
518343460      +TD Bank USA/Target Credit,    NCD-0240,    Box 1470,    Minneapolis, MN 55440-1470
518343461     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit Corp.,     5005 N River Blvd NE,
                Cedar Rapids, IA 52411-6634)
518343448     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:  Elan Financial Services,     Box 108,    Saint Louis, MO 63166)
518343462      +Valley National Bank,    1460 Valley Road,    Wayne, NJ 07470-8494
518343463      +Wells Fargo Card Service,    Box 14517,    Des Moines, IA 50306-3517
518343464      +Wells Fargo Home Mortgage,    Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2019 23:30:37      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2019 23:30:32      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 23:27:18
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518343441      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2019 23:27:22      Capital One Bank,
                10700 Capital One Way,    Richmond, VA 23060-9243
518343445      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2019 23:30:23      Comenity Bank/NWYRK&CO,
                Box 182789,    Columbus, OH 43218-2789
518343446       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2019 23:30:23      Comenity Capital,
                Box 182120,    Columbus, OH 43218-2120
518343451      +E-mail/Text: bnc@nordstrom.com Sep 10 2019 23:29:47      Nordstrom/TD,    13531 E Caley Avenue,
                Englewood, CO 80111-6505
518343452      +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 23:27:48      PayPal Credit,    Box 105658,
                Atlanta, GA 30348-5658
518343454      +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 23:27:18      Sync/Lowes,    Box 965005,
                Orlando, FL 32896-5005
518343455      +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 23:27:49      Syncb/Amazon PLCC,    Box 965015,
                Orlando, FL 32896-5015
518343456       E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 23:26:45      Syncb/JC Penney,    Box 965007,
                Orlando, FL 32896-5007
518343457       E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 23:26:45      Syncb/Old Navy,    BOx 965005,
                Orlando, FL 32896-5005
518343459      +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 23:27:49      Syncb/PC Richard,    Box 965036,
                Orlando, FL 32896-5036
518343458      +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 23:27:18      Syncb/PayPal Extras MC,
                Box 965005,    Orlando, FL 32896-5005
518344941      +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 23:27:49      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 15
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin                  Page 2 of 2           Date Rcvd: Sep 10, 2019
                              Form ID: pdf905              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2019 at the address(es) listed below:

```
              Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Ralph A Ferro, Jr    on behalf of Debtor Eduard  Ivanicko ralphferrojr@msn.com
              Ralph A Ferro, Jr    on behalf of Joint Debtor Erika N. Ivanicko ralphferrojr@msn.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```