UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon, Esquire
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:
    Eduard Ivanicko, Erika N. Ivanicko

Case No: _____ 3391 JKS

Chapter: 7

Hearing Date: **October 22, 2019 at 10:00a.m.**

Judge: John K. Sherwood

Order Filed on October 23, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

| Recommended Local Form | ☐ Followed | ☐ Modified |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 23, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

[Type text]

Upon the motion of Toyota Motor Credit Corporation, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real Property More Fully Described as:

■ Personal Property More Fully Describes as: **2017 Toyota RAV4, VIN: JTMBFREV6HJ159563,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Eduard Ivanicko  
Erika N. Ivanicko  
      Debtors

Case No. 19-23391-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Oct 23, 2019  
                            Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2019.  
db/jdb      +Eduard Ivanicko,   Erika N. Ivanicko,   88 Trenton Avenue,   Clifton, NJ 07011-1748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2019 at the address(es) listed below:  
        Charles M. Forman    cforman@formanlaw.com,   lcapasso@formanlaw.com;cforman@iq7technology.com  
        Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,  
         lcapasso@formanlaw.com;cforman@iq7technology.com  
        Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation  
         kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Ralph A Ferro, Jr    on behalf of Debtor Eduard   Ivanicko ralphferrojr@msn.com  
        Ralph A Ferro, Jr    on behalf of Joint Debtor Erika N. Ivanicko ralphferrojr@msn.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                               TOTAL: 7