Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19–23391–JKS
        Chapter:  7
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Eduard Ivanicko | Erika N. Ivanicko |
| 88 Trenton Avenue | 88 Trenton Avenue |
| Clifton, NJ 07011 | Clifton, NJ 07011 |

Social Security No.:
  xxx–xx–0847                           xxx–xx–9333

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Charles M. Forman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 7, 2019</u>         <u>John K. Sherwood</u>
                                          Judge, United States Bankruptcy Court